**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HAODONG OUYANG,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 26-cv-05939<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Beth W. Jantz |

**ORDER REQUIRING DEDUCTION OF**
**SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Haodong Ouyang ("Plaintiff") and Defendants listed in **Exhibit 1** ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Confidential Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in **Exhibit 1** through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in **Exhibit 1** from the seller accounts associated with the Defendants identified therein and remit such amounts to Plaintiff's Counsel within seven (7) days of receiving this Order.

SO ORDERED:

Joan H. Lefkow
United States District Judge

Dated: July 1, 2026

**EXHIBIT 1**

| No. | Merchant ID | Merchant Name | Settlement Amount |
|---|---|---|---|
| 1 | A1M6QTHODNGSYT | 7thChapter | $5,800 |
| 2 | AM1DF2SWXM60D | Alibron | $6,700 |
| 8 | A2YWNHTNDIS6XN | AQUBT-LLC | $6,200 |
| 9 | AC7YQAH4ALR4N | As you wish _ | $7,700 |
| 18 | AN383SUPQHVFZ | BrightDay Nutri-US | $6,900 |
| 23 | A1SMWH1EBAGC0R | chuzhoushianbaifuzhuangxi aoshouyouxiangongsi | $5,600 |
| 26 | A3LO60Z2TME24I | Cozy Step Home | $5,300 |
| 29 | AZAAE2LSKKKQJ | Czxin | $4,900 |
| 41 | A9CIA8Z862F06 | DouYongQianzxd | $5,600 |
| 43 | A16Z9B57II5MRA | ESO REPAIR | $4,400 |
| 48 | AXNNLVE9IQBBY | Findgogo | $4,700 |
| 56 | A3KQVSUCQE62G0 | fululuer store | $5,500 |
| 58 | A3O9HGXWY4JQET | Greatneb | $3,000 |
| 60 | A37Y5LA8YJOI6T | Hair growth LLC | $3,100 |
| 63 | A1U6WR04ZNXSFH | hanqiao-us | $73,800 |
| 65 | A2JB5N8S5U0E0A | Hefei Maguzaituo Trade Co.Ltd. | $6,100 |
| 79 | AKY2PCX3VMOV9 | HJY-SZ | $4,200 |
| 90 | A3BFCNDGL8EYIH | huizhoushixinlitongkejiyoux iangongsi | $6,000 |
| 93 | ADYM0VXDPHXWY | Inkwell Dreams | $6,500 |
| 99 | AY946FR5ST00Q | JUJUMIU | $5,400 |
| 104 | A2BA9BB5KTV64G | KKlin | $5,500 |
| 113 | A3HOM5MAK8XM6P | LHXUSASwiftShip | $5,500 |
| 121 | A1KX74DF76BKLH | Lingsisan | $2,700 |
| 123 | A1NV2AZIFL8J36 | LINYANGSHENG | $5,300 |
| 136 | A1NTM3JPYCYJ0J | LLJ/US | $5,500 |
| 139 | ANLULLV7M0YAQ | MAEYUS | $5,400 |
| 144 | AFB8QFJPFW2KD | MAYFIXLOVE | $4,600 |
| 147 | A2MH96G8K7QG10 | Miaoeywo | $5,500 |
| 150 | A2UP7PRCG21WGR | MNAFKT Lumbar Support | $5,200 |
| 153 | A1S5SU0WSH1Z0F | mochangdz | $6,000 |
| 156 | A23X5AIFFUZBB | PingDingWeiHangBaShang MaoYouXianGongSi | $5,800 |
| 160 | A242A9JF1VAJ1X | QuanYaMall | $3,900 |
| 166 | AQCWIVSGM2KG6 | QZutudsrenma | $4,200 |
| 172 | A28JW326BNE0VO | REALG00D | $6,400 |
| 176 | A3JXLV0U3ZYHP | ShanDongLiangLiangWuLi uYouXianGongSi | $4,700 |
| 187 | A2E19CZ5TRI3XA | SongLuoYi | $6,400 |

| No. | Merchant ID | Merchant Name | Settlement Amount |
|---|---|---|---|
| 190 | A1Z4THUXNX4R18 | Susierwey | $7,100 |
| 191 | A1VYZV14M3RH77 | TB_Clothes | $4,900 |
| 192 | A3UZMW8QFT3Q7U | Temporary Veneers SP | $5,000 |
| 193 | A10LN2Z3QRN8SE | TK Hot | $6,100 |
| 195 | A5V6DZALOY0SU | UOACKSXS | $5,100 |
| 196 | A2OLDR0WONG56B | Visthtoh | $6,000 |
| 197 | A2NOS4SVVVM8TV | weihailufangshangmaoyouxiangongsi | $7,100 |
| 198 | A2PJOKK9U7L8KX | weihaiyongfengshangmaoyouxiangongsi | $5,900 |
| 199 | ADFANEPCZAIET | XuChao-us | $6,100 |
| 200 | AEI8PS058PQSZ | xupanyangjingpin | $5,300 |
| 201 | A31KB2EJHOKDDD | YIXUANGO BRAND STORE | $6,200 |
| 202 | A1KX7GSGCNQKJ5 | YUHUANGDADI | $5,900 |
| 203 | A2BYBEYZOADX9H | zhangchao5 | $5,000 |
| 205 | A2WSRF9IXA7I3B | ZIXINSTORE | $5,300 |
| 206 | A36AEYPZCBAFK2 | Zonle Mis5 | $4,500 |
| 207 | A1OPBUXPIRY7F3 | LeDuMaoYi | $3,300 |
| 209 | A1BK7IU3B3U4BH | LiangYiLishop | $2,800 |
| 210 | A73DSJRON7COE | AAZH | $3,500 |
| 212 | A4EVIC9YEUEPP | caoleirf | $1,700 |
| 213 | AAX4WSWZESGPE | Manyougou | $3,900 |
| 214 | ABO9T9VX0M3TW | shaodongshichongzishangmaoyouxiangongsi | $3,600 |
| 215 | A3Q2DY4XOHFJ3U | HorrorGhost | $3,400 |
| 216 | A2L4QND1KLV2M3 | lixiwangke | $4,100 |
| 217 | A1RE79IJY9WRVW | Yangjiang Ti-Niu Technology Co. | $3,500 |
| 218 | A15AN2Z40YL5MG | Jamortty | $3,700 |
| 220 | A2Q6GYI2YSYP2S | Hybh-US | $3,300 |
| 224 | A23I5Y4EI0C5DY | VivaciousVintage | $3,300 |
| 225 | A3LCPVO8XZ0EBZ | MerAk1 | $4,400 |
| 226 | A6SFKQ03SYF2C | GladeBloom | $4,300 |
| 227 | APARDCZIOCUUU | kmdmsm | $4,200 |
| 228 | AM3NJZ2EJ1JV0 | letunC | $2,800 |
| 229 | A2RI0VNFN0WJBZ | nrqhanqy | $3,300 |
| 230 | A2AGMBTO7014L1 | LEIXIANGQ | $2,700 |
| 231 | A37O7XU5B8CJUZ | ElaraFilt LLC | $4,200 |
| 232 | A26ROFYTX2LGCF | gongwc1984 | $3,600 |
| 233 | A3I2Y1SUC646HW | Jiaxin direct | $3,800 |
| 234 | AYBCA4S37M0BX | WANGZHENDS | $4,200 |
| 235 | A1O2BFSGQASP8C | AAshihao | $3,500 |
| 236 | A2MXUBQEADV3NE | Dorothy.. | $3,600 |

| No. | Merchant ID | Merchant Name | Settlement Amount |
|---|---|---|---|
| 237 | A3MKZY7IZFLTJX | MoTing | $4,300 |
| 238 | A3MEQ7ZSZYIH4G | Top seller 2025 | $3,600 |
| 239 | A2DOQ69QBVM4L9 | Amoria Studio | $4,300 |
| 240 | A35FAE17QJ6EJ0 | Thanh An Shop | $3,600 |
| 241 | A27HCOM7JQOLN1 | KANGWU | $3,300 |
| 242 | A1C45NO72586HB | QingxiOfficial | $3,700 |
| 243 | A2XKA4EE8LYKDM | shaodongshilanchunshangmaoyouxiangongsi | $3,200 |